[No. 22543-0-I. Division One. November 27, 1989.]

SNOHOMISH COUNTY, *Respondent*, v. RNJ LAND DEVELOPMENT COMPANY, INC., ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 87-2-00719-5, Stuart C. French, J., entered June 8, 1988. *Affirmed* by unpublished opinion per Grosse, A.C.J., concurred in by Webster, J., and Williams, J. Pro Tem.

[No. 21409-8-I. Division One. November 27, 1989.]

THE STATE OF WASHINGTON, *Respondent*, v. FRED LESTER RAY, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 87-1-00481-8, John E. Rutter, Jr., J., entered November 30, 1987. *Affirmed* by unpublished opinion per Scholfield, J., concurred in by Coleman, C.J., and Swanson, J.

[No. 9637-8-III. Division Three. November 28, 1989.]

GENE L. THOMAS, ET AL, *Respondents*, v. CHARLES F. WEEMS, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Benton County, No. 87-2-01002-1, Albert J. Yencopal, J., entered October 4, 1988. *Reversed* by unpublished opinion per Thompson, C.J., concurred in by Green and Munson, JJ.